| | |
|---|---|
| CLERK OF THE COURT<br>ELOY R. GARCIA<br>STARR COUNTY COURTHOUSE<br>RIO GRANDE CITY, TEXAS 78582 | ATTORNEY FOR PLAINTIFF<br>MARGIL SANCHEZ<br>P. O. BOX 297<br>RIO GRANDE CITY, TEXAS 78582 |

## CITATION

THE STATE OF TEXAS

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   JOEL VILLARREAL
      MAOR OF THE CITY OF RIO GRANDE
      5332 E. U.S. HIGHWAY 83
      RIO GRANDE CITY, TEXAS 78582

DEFENDANT, in the hereafter and styled and numbered cause: **DC-15-631.** You are hereby commanded to appear by filing a written answer in the **PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION,** at or before 10:00 o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **381ST JUDICIAL DISTRICT JUDGE JOSE LUIS GARZA** of STARR COUNTY, TEXAS at the Court House of said County in RIO GRANDE CITY, TEXAS. Said Petition was filed on the **15TH Day of JUNE** A.D, **2016,** in this cause numbered **DC-15-631** the docket of said court, and styled,

**RIO GRANDE CITY CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,
PLAINTIFF
V.
CITY OF RIO GRANDE, DEFENDANT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION,** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this **20TH DAY** of **JUNE 2016.**

ELOY RUBEN GARCIA
DISTRICT CLERK OF STARR COUNTY, TEXAS
STARR COUNTY COURTHOUSE
RIO GRANDE CITY, TEXAS

BY: _Ana Martinez_
    Deputy Clerk

### NOTICE

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

## OFFICER'S RETURN

Came to hand on the 20th day of June, 2016 at 5:00 o'clock P.M. Executed at 369 Ebony St. Rio Grande City, TX. 78582 within the County of STARR, at 9:00 o'clock P.M. on the 22nd day of June, 2016. by delivering to the within named Joel Villarreal a true copy of this citation together with the accompanying copy of this petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery

Not executed, the diligence used to execute being _____; for the following reason _____
_____ the defendant may be found _____.

Total fee for serving this citation _____    Sheriff Account No. _____

To certify which witness my hand officially.

Sheriff of _____ County, Texas    By: _____ Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is NORMA N. GARZA, my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in STARR county, state of TEXAS, on the 22nd day of June 2016

*Norma N. Garcia*
Declarant/Authorized Process Server
SCH# 7279 Exp: 8/31/16
(ID # & expiration of certification)

**File No. DC-15-631**
CITATION FOR PERSONAL SERVICE IN STATE

---

**RIO GRANDE CITY CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, PLAINTIFF**
**V.**
**CITY OF RIO GRANDE, DEFENDANT**

---

381ST JUDICIAL DISTRICT COURT
JOSE LUIS GARZA, JUDGE PRESIDING
OF STARR COUNTY, TEXAS

---

ISSUED THIS:
**20TH DAY OF JUNE, 2016**
ELOY R. GARCIA
DISTRICT CLERK OF STARR COUNTY
BY: *Ana Martinez*
DEPUTY CLERK

---

FILED THIS:
_____ DAY OF _____, 2016

AT _____ O'CLOCK _____ M.
ELOY R. GARCIA
DISTRICT CLERK OF STARR COUNTY

BY: _____
DEPUTY CLERK